55.11
trial counsel: BWD - OK
Pro Hac - PA Bar - OK

Case 3:11-cv-00251-AC    Document 18    Filed 05/10/11    Page 1 of 4    Page ID#: 121

FILED
MAY 10 2011

G. Kevin Kiely, OSB No. 833950
gkkiely@cablehuston.com
Carla Scott, OSB No. 054725
cscott@cablehuston.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204-1136
Telephone: (503) 224-3092
Facsimile: (503) 224-3176

Of Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### (Portland Division)

| | |
|---|---|
| ERNEST SPENCE, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEEDA PARTS MANUFACTURING, INC., a business corporation; DORMAN PRODUCTS, INC., a business corporation; O'REILLY AUTOMOTIVE, INC., a business corporation; AUTOZONE INC., a business corporation; J.C. WHITNEY, INC., a business corporation; CARQUEST CORPORATION, a business corporation; GENERAL PARTS, INC., a business corporation; NATIONAL AUTOMOTIVE PARTS ASSOCIATION, a business corporation; PEP BOYS – MANNY MOE & JACK, INC., a business corporation,<br><br>Defendants. | Civil No. 3:11-00251-AC<br><br>**APPLICATION FOR SPECIAL ADMISSION –** *Pro Hac Vice* |

Attorney Ryan W. O'Donnell requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking Pro Hac Vice Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct

Page 1 – APPLICATION FOR SPECIAL ADMISSION – *Pro Hac Vice*

# 40317

1. **PERSONAL DATA:**

   | | |
   |---|---|
   | Name | : O'Donnell, Ryan W. |
   | Business Firm | : Volpe and Koenig, P.C. |
   | Mailing Address | : 30 South 17th Street, United Plaza |
   | City, State, Zip | : Philadelphia, PA, 19103 |
   | Phone Number | : (215) 568-6400 |
   | Fax Number | : (215) 568-6499 |
   | Business Email | : RODonnell@vklaw.com |

2. **BAR ADMISSIONS INFORMATION:**

   (a) State bar admission(s), date(s) of admission, and bar ID number(s):
   Admitted to Commonwealth of Pennsylvania on November 18, 2002. I am active and in good standing. My registration number is 89,775.

   Admitted to State Bar of New Jersey in 2002. I am active and in good standing. My registration number is 23982002.

   (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
   U.S.D.C. for Eastern PA 1/09/03; U.S.D.C. of New Jersey 7/01/04, ID No. RO2398; U.S.D.C. of Colorado 10/13/09; U.S.D.C of Nebraska 12/02/08; U.S.C.A. 9th Circuit 1/13/11; U.S.C.A. Federal Circuit 2/20/04

3. **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a) __X__ I am not now, nor have I ever been subject to any disciplinary action by my state or federal bar association; or

   (b) ____ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

4. **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

   I have a current professional liability insurance policy in the amount of $3,000,000 Per Claim Limit of Liability that will apply in this case, and that policy will remain in effect during the course of these proceedings.

5. **REPRESENTATION STATEMENT:**

   I am representing the following parties in this case:

   DORMAN PRODUCTS, INC.; O'REILLY AUTOMOTIVE, INC.; AUTOZONE INC.; J.C. WHITNEY, INC.; CARQUEST CORPORATION; GENERAL PARTS, INC.; NATIONAL AUTOMOTIVE PARTS ASSOCIATION; PEP BOYS – MANNY MOE & JACK, INC.

6. **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File System. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 2nd day of May 2011.

_____
Ryan W. O'Donnell

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 2nd day of May 2011.

_____
Carla Scott, OSB No. 054725
cscott@cablehuston.com
CABLE HUSTON BENEDICT
  HAAGENSEN & LLOYD LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204-1136
Telephone: (503) 224-3092
Facsimile: (503) 224-3176

---

**COURT ACTION**

---

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this 7th day of May 2011

_____
U.S. ~~District Court~~ Judge
    Magistrate

Page 3 – APPLICATION FOR SPECIAL ADMISSION – Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **APPLICATION FOR SPECIAL ADMISSION** *Pro Hac Vice* **(Ryan W. O'Donnell)** with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Rick Klingbeil, OSB No. 933326
Rick Klingbeil, P.C., dba Pacific Defense Group
2300 SW First Avenue, Suite 101
Portland, OR 97201
Telephone: (503) 473-8565
Email: rick@pacdefgrp.com

Of Attorneys for Plaintiff

DATED: May 3, 2011

_____
G. Kevin Kiely, OSB No. 833950
gkkiely@cablehuston.com
Carla Scott, OSB No. 054725
cscott@cablehuston.com
Cable Huston Benedict Haagensen & Lloyd, LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204
Telephone: (503) 224-3092
Facsimile: (503) 224-3176

Of Attorneys for Defendants