*S5.1) local counsels Bar-OK*
*pro hac - PA Bar-OK*

G. Kevin Kiely, OSB No. 833950
gkkiely@cablehuston.com
Carla Scott, OSB No. 054725
cscott@cablehuston.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204-1136
Telephone: (503) 224-3092
Facsimile: (503) 224-3176

FILED
MAY 10 2011

      Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| ERNEST SPENCE, JR., an individual, | Civil No. 3:11-00251-AC |
| Plaintiff, | **APPLICATION FOR SPECIAL ADMISSION –** *Pro Hac Vice* |
| v. | |
| NEEDA PARTS MANUFACTURING, INC., a business corporation; DORMAN PRODUCTS, INC., a business corporation; O'REILLY AUTOMOTIVE, INC., a business corporation; AUTOZONE INC., a business corporation; J.C. WHITNEY, INC., a business corporation; CARQUEST CORPORATION, a business corporation; GENERAL PARTS, INC., a business corporation; NATIONAL AUTOMOTIVE PARTS ASSOCIATION, a business corporation; PEP BOYS – MANNY MOE & JACK, INC., a business corporation, | |
| Defendants. | |

      Attorney Anthony S. Volpe requests special admission *pro hac vice* in the above-captioned case.

      **Certification of Attorney Seeking Pro Hac Vice Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct

Page 1 – APPLICATION FOR SPECIAL ADMISSION – *Pro Hac Vice*

#40317

1. **PERSONAL DATA:**

    | | |
    |---|---|
    | Name | : Volpe, Anthony S. |
    | Business Firm | : Volpe and Koenig, P.C. |
    | Mailing Address | : 30 South 17th Street, United Plaza |
    | City, State, Zip | : Philadelphia, PA, 19103 |
    | Phone Number | : (215) 568-6400 |
    | Fax Number | : (215) 568-6499 |
    | Business Email | : TVolpe@vklaw.com |

2. **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s): Admitted to the Commonwealth of Pennsylvania on November 24, 1976. I am active and in good standing. My registration number is 24,733.

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s): U.S.D.C. for Eastern PA ; U.S.D.C. for Eastern Michigan 12/08/08; U.S.D.C. Colorado 10/13/09; U.S.D.C. Nebraska 12/02/08; U.S.C.A. 3rd Circuit 2/09/83; U.S.C.A. 4th Circuit 7/08/85; U.S.C.A. 9th Circuit 7/01/10; U.S.C.A. Federal Circuit 10/01/82; Supreme Court 10/07/85

3. **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) __X__ I am not now, nor have I ever been subject to any disciplinary action by my state or federal bar association; or

    (b) ____ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

4. **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

    I have a current professional liability insurance policy in the amount of $3,000,000 Per Claim Limit of Liability that will apply in this case, and that policy will remain in effect during the course of these proceedings.

5. **REPRESENTATION STATEMENT:**

    I am representing the following parties in this case:

    DORMAN PRODUCTS, INC.; O'REILLY AUTOMOTIVE, INC.; AUTOZONE INC.; J.C. WHITNEY, INC.; CARQUEST CORPORATION; GENERAL PARTS, INC.; NATIONAL AUTOMOTIVE PARTS ASSOCIATION; PEP BOYS – MANNY MOE & JACK, INC.

6. **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File System. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 2nd day of May, 2011.

Anthony S. Volpe

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 2nd day of May, 2011.

Carla Scott, OSB No. 054725
cscott@cablehuston.com
CABLE HUSTON BENEDICT
  HAAGENSEN & LLOYD LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204-1136
Telephone: (503) 224-3092
Facsimile: (503) 224-3176

---

**COURT ACTION**

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this 9th day of May 2011

U.S. ~~District Court Judge~~
Magistrate

Page 3 – APPLICATION FOR SPECIAL ADMISSION – Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **APPLICATION FOR SPECIAL ADMISSION** *Pro Hac Vice* **(Anthony S. Volpe)** with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Rick Klingbeil, OSB No. 933326
Rick Klingbeil, P.C., dba Pacific Defense Group
2300 SW First Avenue, Suite 101
Portland, OR 97201
Telephone: (503) 473-8565
Email: rick@pacdefgrp.com

    Of Attorneys for Plaintiff

DATED: May 3, 2011

_____
G. Kevin Kiely, OSB No. 833950
gkkiely@cablehuston.com
Carla Scott, OSB No. 054725
cscott@cablehuston.com
Cable Huston Benedict Haagensen & Lloyd, LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204
Telephone: (503) 224-3092
Facsimile: (503) 224-3176

Of Attorneys for Defendants