UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| ERNEST SPENCE, JR., an individual<br><br>  Plaintiff,<br><br>v.<br><br>NEEDA PARTS<br>MANUFACTURING, INC., et al.<br><br>  Defendants. | **JUDGMENT**<br><br>Civil Action No. 3:11-cv-00251-SI |

### ORDER FOR STIPULATED DISMISSAL AND ENTRY OF JUDGMENT

THIS MATTER having been brought before the Court by the parties' Stipulation for Dismissal and Entry of Judgment, and the Court having considered the matter hereby ORDERS on this 15th day of October 2012 THAT:

(1)   a Final Non-appealable Judgment of Non-infringement is entered that the Accused Dorman Product does not infringe either U.S. Patent 6,860,565 or 7,578,560;

(2)   all claims or counterclaims that were brought or could have been brought in this Action, including all claims for sanctions, attorney fees or cost under any statue or rule in connection with the Accused Dorman Product, are dismissed with prejudice; and,

(3)   this action is dismissed with prejudice as to all Parties, together with their respective parents, subsidiaries, affiliates, officers, directors, agents, representatives, distributors, franchisees, and employees, with each party to bear its own cost and attorney fees.

Date: October 15, 2012

_____
Honorable Michael H. Simon
United States District Judge

**JUDGMENT**